UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-10050-RGS

ARTHUR E. SALISBURY. Jr.,
Petitioner

v.

DEAN GRAY,
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

May 7, 2025

STEARNS, D.J.

I agree with Magistrate Judge Kelley's thorough analysis of the substance of the Petition and her ultimate conclusion that the Petitioner was not denied his constitutional right to a trial by an impartial jury by the refusal of the trial judge to allow his motion to strike for cause certain of the seated jurors based on their responses during *voir dire*.[1]   Magistrate Judge Kelley

---

[1] Although the Magistrate Judge based her reasoning on the presumption of correctness that 28 U.S.C. § 2254(e)(1) applies to factual determinations made by the State court, she noted that she would have recommended that the Petition be denied even if the presumption of correctness did not apply.   *See* Report & Rec. (Dkt # 24) at 9.

appropriately relied on the findings and conclusions reached by the Massachusetts Appeals Court in a very thoughtful opinion authored by Englander, J., as well as on the decision of the Supreme Court in *Patton v. Yount*, 467 U.S. 1025 (1984), in making her independent determination that that Petitioner had failed to show any viable ground for habeas relief. Consequently, the Magistrate Judge's Recommendation is <u>ADOPTED</u>, and the Petition is <u>DISMISSED</u> with prejudice.[2]   The Clerk will enter judgment for the Respondent and close the case.[3]

                                        SO ORDERED.

                                        /s/ Richard G. Stearns
                                        UNITED STATES DISTRICT JUDGE

---

[2] Although Petitioner filed an Objection to the Report and Recommendation, it simply references the arguments laid out in his original Petition without any further elaboration.   *See* Dkt # 27.

[3] Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is also <u>DENIED</u>, the court seeing no meritorious or substantial basis supporting an appeal.